UNITED STATES of America, Plaintiff–Appellee,

v.

Cesar CHANEZ–VALENZUELA, aka Cesar Chavez–Valenzuela, Defendant–Appellant.

No. 02–10026.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 20, 2003.

Reese V. Bostwick, AUSA, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Arthur J. Hutton, Esq., Attorney at Law, Tucson, AZ, for Defendant–Appellant.

Cesar Chanez–Valenzuela, pro se, Lompoc, CA, for Defendant–Appellant.

Before: KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM **

Cesar Chanez–Valenzuela appeals his guilty-plea conviction and 60–month sentence for importation of marijuana and aiding and abetting in violation of 21 U.S.C. §§ 952(a), 960 and 18 U.S.C. § 2.

Counsel for Chanez–Valenzuela has filed a brief pursuant to *Anders v. California*,

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.